**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | Case No. 22-51663 |
| Dorothy Mae Graves, | |
| Debtor. | Judge Baisier |

**APPLICATION TO EXTEND TIME TO FILE SCHEDULES**

Comes now the Debtor, Dorothy Mae Graves, by and through the undersigned counsel, and hereby requests an extension through and including March 28, 2022, in which to file the bankruptcy schedules:

1.

The Debtor filed a Chapter 7 Petition on February 28, 2022. The deadline for filing the remaining schedules was on March 14, 2022.

2.

The 341 Meeting of Creditors is scheduled for April 5, 2022, at 1:40 PM.

3.

In support of said Motion, Counsel states that she is awaiting information necessary for the completion of Debtor's schedules including proof of all income in the six months preceding this filing  and income for tax years ending in 12/31/2020 and 12/31/2021.

WHEREFORE, Dorothy Mae Graves, Debtor herein, requests an extension of time through and including March 28, 2022, in which to file the remaining schedules.

Dated:  March 23, 2022

Respectfully Submitted,

/s/ Nicole Carson
Nicole Carson
GABN 722305
The Carson Law Group, LLC
225 Arthur Drive
McDonough, GA  30252
Tel: (866) 239-5334
nicole@bk-attorneys.com

## CERTIFICATE OF SERVICE

I, Nicole Carson, hereby certify that a true and correct copy of the foregoing *Application to Extend Time to File Schedules* was mailed to the persons identified in the mailing list, with adequate postage thereon, this 23rd day of March 2022.

Dorothy Mae Graves
4260 Wyndham Park Drive
Decatur, GA 30034

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

DATED:  March 23, 2022

Respectfully Submitted,

/s/ Nicole Carson
Nicole Carson
GABN 722305
Attorney for Debtor